UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

TRACY CRAIG,

                              Plaintiff,

v.                                                      6:04-CV-0888
                                                         (DNH/GHL)

STEPHEN GOMULA; CHAD ALUKONIS;
MONTGOMERY COUNTY SHERIFF'S DEPARTMENT;
and COUNTY OF MONTGOMERY,

                              Defendants.
_____

APPEARANCES:                                     OF COUNSEL:

ANDERSON, MOSCHETTY & TAFFANY, PLLC     PETER J. MOSCHETTI, JR., ESQ.
Counsel for Plaintiff
26 Century Hill Drive, Suite 206
Latham, New York 12110

GOLDBERG SEGALLA LLP                      LATHA RAGHAVAN, ESQ.
Counsel for Defendants Chad Alukonis, Montgomery
   County Sheriff's Department, and
   County of Montgomery
8 Southwoods Boulevard, Suite 300
Albany, New York 12211-2526

OFFICE OF MICHAEL W. SMRTIC             MICHAEL W. SMRTIC, ESQ.
Counsel for Defendant Stephen Gomula
289 North Main Street
Gloversville, New York 12078

GEORGE H. LOWE, United States Magistrate Judge

## **ORDER**

     By letter dated July 25, 2006, I advised counsel for the Defendants of my preliminary determinations as to the discoverability of certain materials. Dkt. No. 31. They have not objected to those determinations.

**ACCORDINGLY**, it is hereby

**ORDERED**, that the documents referred to in the July 25, 2006, letter as discoverable are to be produced for inspection and copying by Plaintiff.

Dated: August 31, 2006
       Syracuse, New York

                                              George H. Lowe
                                              United States Magistrate Judge