UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TRACY CRAIG,

                         Plaintiff,

    -v-                                    6:04-CV-888

STEPHEN GOMULA, CHAD ALUKONIS,
MONTGOMERY COUNTY SHERIFF'S
DEPARTMENT, and COUNTY OF MONTGOMERY,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                               OF COUNSEL:

ANDERSON, MOSCHETTI & TAFFANY, PLLC    PETER J. MOSCHETTI, JR., ESQ.
Attorney for Plaintiff
26 Century Hill Drive, Suite 206
Latham, NY 12110

MICHAEL W. SMRTIC, ESQ.
Attorney for Defendant Gomula
289 North Main Street
Gloversville, NY 12078

GOLDBERG SEGALLA LLP                    LATHA RAGHAVAN, ESQ.
Attorneys for Defendants Alukonis, Montgomery   BRYAN D. RICHMOND, ESQ.
  County Sheriff's Dept. & Montgomery County
8 Southwoods Boulevard, Suite 300
Albany, NY 12211-2526

DAVID N. HURD
United States District Judge

## O R D E R

      Attorney Michael W. Smrtic is directed to appear at the United States Courthouse,

10 Broad Street, Utica, New York, on Monday, March 26, 2007, at 9:30 a.m., for the

previously scheduled jury trial in the above-captioned action. Failure to appear will result in

Attorney Smirtic being held in contempt of court, as well as an entry of default judgment in favor of the plaintiff and against Defendant Stephen Gomula for the full amount of the jury's finding of damages.

      IT IS SO ORDERED.

                                                      United States District Judge

Dated: March 23, 2007
       Utica, New York.